UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60229-JEM

DR. DAVID S. MURANSKY, individually,
and on behalf of others similarly situated,

    Plaintiff,

vs.

THE CHEESECAKE FACTORY, INC., d/b/a
THE CHEESECAKE FACTORY, a Delaware
corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

**THIS CAUSE** is before the Court upon Defendant The Cheesecake Factory Incorporated's Motion to Transfer (the "Motion"). The Court has carefully considered the Motion, the response thereto, and is otherwise advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion is hereby **GRANTED**.

2. Pursuant to 28 U.S.C. § 1404, this case is hereby transferred to the United States District Court for the Central District of California.

**DONE** and **ORDERED** in Chambers, in Miami-Dade County, Florida this _____ day of _____, 2017.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE