UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60229-MARTINEZ/GOODMAN

DR. DAVID S. MURANSKY, individually,
and on behalf of others similarly situated,

    Plaintiff,

v.

THE CHEESECAKE FACTORY, INC.,
d/b/a THE CHEESECAKE FACTORY a
Delaware corporation,

    Defendant.

**DEFENDANT'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

    Defendant The Cheesecake Factory Incorporated, without waiver of its Motion to Transfer [DE 21], hereby files its Third Notice of Supplemental Authority in support of its Motion to Dismiss [DE 22], and states:

    1.    *Crupar-Weinmann v. Paris Baguette America, Inc.*, Docket No. 14-3709, --- F.3d ---, 2017 WL 2722877 (2nd Cir. June 26, 2017).

                      Respectfully submitted,

                      GREENBERG TRAURIG, P.A.
                      401 East Las Olas Boulevard, Suite 2000
                      Fort Lauderdale, FL  33301
                      Telephone: 954-765-0500
                      Facsimile: 954-765-1477

                      By: */s/ John L. McManus*
                          PAUL B. RANIS
                          Florida Bar No. 64408
                          Email: ranisp@gtlaw.com; rosr@gtlaw.com;
                          JOHN L. McMANUS
                          Florida Bar No. 0119423
                          Email: mcmanusj@gtlaw.com;
                          yeargina@gtlaw.com; FLService@gtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June 2017, I served the foregoing by filing it via CM/ECF which will generate Notices of Electronic Filing to all counsel of record on the attached Service List by electronic mail.

                                         */s/ John L. McManus*
                                         JOHN L. MCMANUS

## SERVICE LIST

CASE NO.: 17-cv-60229-JEM
DR. DAVID S. MURANSKY v. THE CHEESECAKE FACTORY, INC.
d/b/a THE CHEESECAKE FACTORY

*Counsel for Plaintiff*

BRET LEON LUSSKIN, JR., ESQUIRE
**BRET LUSSKIN, P.A.**
20803 Biscayne Boulevard
Suite 302
Aventura, FL 33180
Telephone: 954-454-5841
Facsimile: 954-454-5844
Email: blusskin@lusskinlaw.com

SCOTT DAVID OWENS, ESQUIRE
**SCOTT D. OWENS, P.A.**
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
Email: scott@scottdowens.com

KEITH JAMES KEOGH, ESQUIRE
**KEOGH LAW, LTD.**
55 W. Monroe
Suite 3390
Chicago, IL 60603
Telephone: 312-726-1092
Facsimile: 312-726-1092
Email: Keith@Keoghlaw.com

*Counsel for Defendant*

PAUL B. RANIS, ESQUIRE
Email: ranisp@gtlaw.com; rosr@gtlaw.com
JOHN L. McMANUS, ESQUIRE
Email: mcmanusj@gtlaw.com;
yeargina@gtlaw.com; FLService@gtlaw.com
**GREENBERG TRAURIG, P.A.**
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477

LINDA RECK, ESQUIRE
Email: reckl@gtlaw.com;
culpepperd@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue
Suite 650
Orlando, FL 32801
Telephone: 407-254-2643
Facsimile: 407-650-8428